JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MR. GREGORY DOWNS,<br><br>    Petitioner/Plaintiff,<br><br>    v.<br><br>A. CHAPMAN, ADA Coordinator, et al.,<br><br>    Respondents/Defendants. | Case No. 2:22-cv-08795-JLS-JDE<br><br>JUDGMENT |

    Pursuant to the Order Dismissing Action Without Prejudice,

    IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: April 10, 2023

                                                JOSEPHINE L. STATON
                                                United States District Judge